**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM MALDONADO ROSADO,** | : | **CIVIL ACTION NO. 1:26-CV-2196** |
| | : | |
| **Petitioner** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **JASEN BOHINSKI,** | : | |
| | : | |
| **Respondent** | : | |

**ORDER**

AND NOW, this 16th day of September, 2026, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED WITH PREJUDICE as untimely.
2. A certificate of appealability shall not issue.
3. Petitioner's motion to amend the response to the show-cause order (Doc. 16) is GRANTED.
4. Petitioner's motion for discovery, motion to amend, and motion to show cause (Docs. 13–15) are DENIED AS MOOT.
5. The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania